UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD COLE BURCHETT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SPOKANE COUNTY SHERIFF, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO. C08-1406-RAJ-BAT <br><br><br> ORDER DISMISSING § 2254 PETITION |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, petitioner's objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus and this action are DISMISSED without prejudice. *See* 28 U.S.C. § 2244(b)(3)(A).

(3) Petitioner's application for leave to proceed *in forma pauperis* is DENIED as moot.

(4) The Clerk is directed to send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 21st day of November, 2008.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge